**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**BENTON DIVISION**

In re: PENROD, REBECCA MARIE                §   Case No. 21-40450-LKG-GKL
                                            §
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Dana S Frazier, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $37,531.81 *(without deducting any secured claims)* | Assets Exempt: $6,500.00 |
| Total Distribution to Claimants: $4,361.53 | Claims Discharged Without Payment: $42,411.02 |
| Total Expenses of Administration: $1,445.14 | |

3) Total gross receipts of $ 5,806.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,806.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $47,125.00 | $15,463.05 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,445.14 | 1,445.14 | 1,445.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,259.00 | 29,049.55 | 29,049.55 | 4,361.53 |
| **TOTAL DISBURSEMENTS** | $78,384.00 | $45,957.74 | $30,494.69 | $5,806.67 |

4) This case was originally filed under Chapter 7 on October 27, 2021. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2022           By: /s/Dana S Frazier, Trustee
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| AJNB Savings Acct #7372 | 1129-000 | 3,435.36 |
| Debtor's anticipated 2021 tax refund, if any | 1124-000 | 2,371.31 |
| **TOTAL GROSS RECEIPTS** | | **$5,806.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Exeter Finance LLC | 4210-000 | 15,481.00 | 15,463.05 | 0.00 | 0.00 |
| NOTFILED | SIU Credit Union | 4210-000 | 31,644.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$47,125.00** | **$15,463.05** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Dana S Frazier, Trustee | 2100-000 | N/A | 1,330.67 | 1,330.67 | 1,330.67 |
| Trustee Expenses - Dana S Frazier, Trustee | 2200-000 | N/A | 92.08 | 92.08 | 92.08 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.32 | 5.32 | 5.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 8.10 | 8.10 | 8.10 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 8.97 | 8.97 | 8.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,445.14 | $1,445.14 | $1,445.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Exeter Finance LLC | 7100-000 | N/A | 15,463.05 | 15,463.05 | 2,321.64 |
| 2 | Sheffield Financial, a division of Truist Bank | 7100-000 | 7,335.00 | 7,421.08 | 7,421.08 | 1,114.21 |
| 3 | JPMorgan Chase Bank, N.A. | 7100-900 | 4,502.00 | 4,485.20 | 4,485.20 | 673.41 |
| 4 | SIU Credit Union | 7100-000 | 1,699.00 | 1,680.22 | 1,680.22 | 252.27 |
| NOTFILED | Buncombe Fire Dept | 7100-000 | 530.00 | N/A | N/A | 0.00 |
| NOTFILED | Performance Finance | 7100-000 | 11,159.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services | 7100-000 | 357.00 | N/A | N/A | 0.00 |
| NOTFILED | Performance Finance | 7100-000 | 5,677.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $31,259.00 | $29,049.55 | $29,049.55 | $4,361.53 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-40450-LKG-GKL  
**Case Name:** PENROD, REBECCA MARIE  

**Trustee:** (330610) Dana S Frazier, Trustee  
**Filed (f) or Converted (c):** 10/27/21 (f)  
**§341(a) Meeting Date:** 12/03/21  

**Period Ending:** 10/07/22  

**Claims Bar Date:** 04/26/22  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2001 Buick LeSabre, 200,000 miles,<br>    2001 Buick LeSabre with over 200,000 miles.<br><br>(Exemption amount changed per Amended Schedule C; orig $1500.00) | 1,271.00 | 0.00 | | 0.00 | FA |
| 2 | 2011 Ford F-150, 178,000 miles,<br>    , 2011 Ford F-150 with over 178,000 miles. | 6,525.00 | 0.00 | | 0.00 | FA |
| 3 | 2021 Honda Accord, 4,000 miles,<br>    2021 Honda Accord with over 4,000 miles. | 27,585.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture, linens, small appliances,<br>    , table & chairs, bedroom set $500 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | 1 TV, laptop computer, cell phone $200 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Everyday clothes, shoes, accessories $100 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Costume jewelry $100 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | AJNB Savings Acct #7372 | 0.00 | 3,435.36 | | 3,435.36 | FA |
| 9 | Checking Account: Anna-Jonesboro National Bank | 450.81 | 0.00 | | 0.00 | FA |
| 10 | Savings Account: Anna-Jonesoboro National Bank | 800.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor's anticipated 2021 tax refund, if any<br>    (Exemption amount changed per Amended Schedule C; orig $1949.00) | 0.00 | 2,371.31 | | 2,371.31 | FA |
| **11** | **Assets   Totals** (Excluding unknown values) | **$37,531.81** | **$5,806.67** | | **$5,806.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 27, 2021        **Current Projected Date Of Final Report (TFR):**   June 23, 2022  (Actual)

Printed: 10/07/2022 10:27 AM     V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 21-40450-LKG-GKL | Trustee: | Dana S Frazier, Trustee (330610) |
|---|---|---|---|
| Case Name: | PENROD, REBECCA MARIE | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******9194 - Checking Account |
| Taxpayer ID #: | **-***6524 | Blanket Bond: | $22,684,758.00 (per case limit) |
| Period Ending: | 10/07/22 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/02/22 | {8} | Rebecca Penrod | Mo#27805407232; Partial payment re: nonexempt equity in AJNB savings acct #7372 | 1129-000 | 1,000.00 | | 1,000.00 |
| 03/02/22 | {8} | Rebecca Penrod | Mo#27805407243; Partial payment re: nonexempt equity in AJNB savings acct #7372 | 1129-000 | 1,000.00 | | 2,000.00 |
| 03/02/22 | {8} | Rebecca Penrod | Mo#27805407254; Partial payment re: nonexempt equity in AJNB savings acct #7372 | 1129-000 | 1,000.00 | | 3,000.00 |
| 03/02/22 | {8} | Rebecca Penrod | Mo#27805407265; Partial payment re: nonexempt equity in AJNB savings acct #7372 | 1129-000 | 435.36 | | 3,435.36 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.32 | 3,430.04 |
| 04/07/22 | {11} | Rebecca Penrod | MO#27805409673; Partial payment re: nonexempt equity in 2021 Income Tax Refund | 1124-000 | 1,000.00 | | 4,430.04 |
| 04/07/22 | {11} | Rebecca Penrod | MO#27805409662; Partial payment re: nonexempt equity in 2021 Income Tax Refund | 1124-000 | 1,000.00 | | 5,430.04 |
| 04/07/22 | {11} | Rebecca Penrod | MO#27805409684; Final payment re: nonexempt equity in 2021 Income Tax Refund | 1124-000 | 371.31 | | 5,801.35 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 8.10 | 5,793.25 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 8.97 | 5,784.28 |
| 08/25/22 | 10101 | Dana S Frazier, Trustee | Dividend paid 100.00% on $1,330.67, Trustee Compensation; Reference: | 2100-000 | | 1,330.67 | 4,453.61 |
| 08/25/22 | 10102 | Dana S Frazier, Trustee | Dividend paid 100.00% on $92.08, Trustee Expenses; Reference: | 2200-000 | | 92.08 | 4,361.53 |
| 08/25/22 | 10103 | Exeter Finance LLC | Dividend paid 15.01% on $15,463.05; Claim# 1 -2; Filed: $15,463.05; Reference: 4113 | 7100-000 | | 2,321.64 | 2,039.89 |
| 08/25/22 | 10104 | Sheffield Financial, a division of Truist Bank | Dividend paid 15.01% on $7,421.08; Claim# 2; Filed: $7,421.08; Reference: 1898 | 7100-000 | | 1,114.21 | 925.68 |
| 08/25/22 | 10105 | JPMorgan Chase Bank, N.A. | Dividend paid 15.01% on $4,485.20; Claim# 3; Filed: $4,485.20; Reference: 7388 | 7100-900 | | 673.41 | 252.27 |
| 08/25/22 | 10106 | SIU Credit Union | Dividend paid 15.01% on $1,680.22; Claim# 4; Filed: $1,680.22; Reference: 2237 | 7100-000 | | 252.27 | 0.00 |

| | ACCOUNT TOTALS | 5,806.67 | 5,806.67 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 5,806.67 | 5,806.67 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $5,806.67 | $5,806.67 | |

{} Asset reference(s)

Printed: 10/07/2022 10:27 AM    V.20.45

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 21-40450-LKG-GKL | **Trustee:** Dana S Frazier, Trustee (330610) |
| **Case Name:** PENROD, REBECCA MARIE | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******9194 - Checking Account |
| **Taxpayer ID #:** **-***6524 | **Blanket Bond:** $22,684,758.00  (per case limit) |
| **Period Ending:** 10/07/22 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9194** | 5,806.67 | 5,806.67 | 0.00 |
| | $5,806.67 | $5,806.67 | $0.00 |

{} Asset reference(s)

Printed: 10/07/2022 10:27 AM    V.20.45